UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20CR-062 |
| Plaintiff, | |
| | JUDGE J. BLACK |
| v. | |
| | INDICTMENT |
| JESSE CARTER, | |
| | 18 U.S.C. § 2 |
| Defendant. | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 922(o) |
| | 18 U.S.C. § 924(a)(2) |
| | |
| | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES**:

## COUNT 1

**(Possession by a Prohibited Person)**

On or about March 6, 2020, in the Southern District of Ohio, the defendant, **JESSE CARTER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Taurus, Model PT809C, 9mm, pistol, and the firearm was in and affecting commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.**

## COUNT 2

**(Illegal Possession of a Machine Gun)**

On or about the March 6, 2020, in the Southern District of Ohio, the defendant, **JESSE CARTER**, did knowingly possess and transfer a machinegun, that is, an M-16 type, .223 caliber machine gun of unknown manufacturer with no serial number, and said machine gun was not

registered to defendant **JESSE CARTER** in the National Firearms Registration and Transfer Record.

**In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).**

### FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in this Indictment, the defendant, **JESSE CARTER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the commission of the offense, including, but not limited to:

   a. A Taurus, Model PT809C, 9mm pistol, serial number TEU02959, with any attachments and approximately fourteen (14) rounds of ammunition;

   b. An M-16 type, .223 caliber machine gun of unknown manufacturer with no serial number, with any attachments and ammunition; and

   c. Approximately 398 additional rounds of ammunition, including fifty-three (53) .38 caliber rounds; sixteen (16) shotgun shells; seven (7) shotgun buck shot shells; ninety-one (91) .223 caliber rounds; seventy-nine (79) .22 caliber rounds; sixty-nine (69) .40 caliber rounds; eighty-one (81) 9mm rounds; and two (2) .308 caliber rounds.

A TRUE BILL

/s/

GRAND JURY FOREPERSON

DAIVD M. DEVILLERS
UNITED STATES ATTORNEY

JOHN ZACHARY KESSLER
SPECIAL ASSISTANT UNITED STATES ATTORNEY